# Third District Court of Appeal

### State of Florida

Opinion filed February 26, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1426
Lower Tribunal No. 21-15531
_____

## Irma Martinez, et al.,
Appellants,

vs.

## City of Miami,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Divya Khullar (Lighthouse Point), for appellants.

George K. Wysong III, City Attorney, and Eric J. Eves, Assistant City Attorney Supervisor, for appellee.

Before LOGUE, C.J., and FERNANDEZ and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> Fla. R. Civ. P. 1.530(a) ("To preserve for appeal a challenge to the failure of the trial court to make required findings of fact in the final judgment, a party must raise that issue in a motion for rehearing under this rule."); <u>Hardison v. Bank of N.Y. Mellon</u>, 49 Fla. L. Weekly D2385 (Fla. 3d DCA Nov. 27, 2024); <u>see also</u> <u>Arguelles v. Citizens Prop. Ins. Corp.</u>, 278 So. 3d 108, 111 (Fla. 3d DCA 2019) ("[W]e review a denial of a motion for rehearing under an abuse of discretion standard."); <u>Mane FL Corp. v. Beckman</u>, 355 So. 3d 418, 430 (Fla. 4th DCA 2023) ("There was no abuse of discretion in the trial court's determination 'that a counter-affidavit presented for the first time on rehearing of a summary judgment is too late.'" (citing to <u>Pangilinan v. Broward Cnty.</u>, 914 So. 2d 1094, 1097 (Fla4th DCA 2005))).